|   |   |
|---|---|
|   | THE HONORABLE JAMAL N. WHITEHEAD |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY E. EBERLEIN and TRISHA EBERLEIN,<br><br>    Plaintiffs,<br><br> v.<br><br>MICHELS CORPORATION, and JOHN DOES 1-5,<br><br>    Defendants. | No.: 2:22-cv-01827 JNW<br><br>[PROPOSED] ORDER ON STIPULATED JOINT MOTION TO CONTINUE TRIAL, AMEND CASE SCHEDULE/PRETRIAL DATES, AND FOR A JURY TRIAL<br><br>**NOTED ON THE MOTION CALENDAR: NOVEMBER 29, 2023** |

This matter comes before the Court on Defendant MICHELS CORPORATION and Plaintiffs JEFFREY E. EBERLEIN and TRISHA EBERLEIN'S (the "Parties") Stipulated Joint Motion to Continue Trial, Amend Case Schedule/Pretrial Dates, and for a Jury Trial. Having considered the Motion and all submissions filed in support of and in opposition to it,

  IT IS HEREBY ORDERED that the Parties' Joint Motion for a Jury Trial is: GRANTED.

It is further ORDERED that the Parties' Stipulation to Continue Trial and Pretrial Dates is: GRANTED.

The Court hereby amends the case schedule and adopts the Parties' stipulated schedule through to the date of Trial, <u>modified</u> as follows:

| Deadline | Date |
|---|---|
| Disclosure of Expert Testimony under FRCP 26(a)(2) | ~~May 16, 2024~~<br>April 16, 2024 |
| All motions related to discovery must be filed by (*see* SLR 7(d)) | ~~June 17, 2024~~<br>May 16, 2024 |
| Discovery Completed by | ~~July 16, 2024~~<br>June 15, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | ~~August 14, 2024~~<br>July 15, 2024 |
| Settlement Conference held no later than | September 13, 2024 |
| All motions in limine must be filed by (all motions as one pleading) | October 1, 2024 |
| Agreed pretrial order due | October 22, 2024 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by (*see* LCR 32(e)) | October 24, 2024 |
| Pretrial Conference to be held at 1:30 p.m. on | ~~October 29, 2024~~<br>November 5, 2024 |
| Trial briefs, proposed findings of facts and conclusions of law by (Motions in limine raised in trial brief will not be considered) | ~~November 6, 2024~~<br>October 29, 2024 |
| Trial | November 12, 2024 |

DATED this 18th day of December, 2023.

_____
Jamal N. Whitehead
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By    / s / Megan Cook

[PROPOSED] ORDER ON STIPULATED JOINT MOTION TO CONTINUE TRIAL, AMEND CASE SCHEDULE/PRETRIAL DATES, AND FOR A JURY TRIAL        PAGE 2

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

1  Megan Cook, WSBA #45943
   E-mail:megan.cook@bullivant.com
2
3  Attorney for Defendant Michels Corporation
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26