UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY E. EBERLEIN; TRISHA EBERLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHELS CORPORATION; DOES 1-5,<br><br>Defendants. | CASE NO. 2:22-cv-1827<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

Before the Court is the parties' Joint Motion for Dismissal, Dkt. No. 25. The parties have settled and ask the Court to dismiss this case with prejudice and without costs to any party. Accordingly, it is HEREBY ORDERED:

1. The parties Joint Motion for Dismissal, Dt. No. 25, is GRANTED.
2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.
3. All pending motions, if any, are DENIED AS MOOT.
4. All scheduled hearings, if any, are STRICKEN.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and close this case.

ORDER - 1

Dated this 17th day of July, 2024.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

ORDER - 2